# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

PAULETTE S.,[1]

               Plaintiff,

     v.

ANDREW SAUL,
Commissioner of Social Security,

               Defendant.

Case No. CV 20-831 MRW

JUDGMENT

It is the judgment of this Court that the decision of the Administrative Law Judge is VACATED, and the matter is REMANDED to the Social Security Administration on an open record for further proceedings consistent with the Court's Order.

Date: December 8, 2020

_____

HON. MICHAEL R. WILNER
U.S. MAGISTRATE JUDGE

---

[1]    Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.